J-A27038-24

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| IN THE INTEREST OF: L.M., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| APPEAL OF: A.R.M., MOTHER | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | No. 1104 MDA 2024 |

Appeal from the Order Entered May 31, 2024
In the Court of Common Pleas of Dauphin County Juvenile Division at
No(s): CP-22-DP-0000002-2022

| | | |
|---|---|---|
| IN THE INTEREST OF: R. M., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| APPEAL OF: A.R.M., MOTHER | : | |
| | : | |
| | : | |
| | : | |
| | : | No. 1105 MDA 2024 |

Appeal from the Order Entered May 31, 2024
In the Court of Common Pleas of Dauphin County Juvenile Division at
No(s): CP-22-DP-0000083-2020

| | | |
|---|---|---|
| IN THE INTEREST OF: P.M., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| APPEAL OF: A.R.M., MOTHER | : | |
| | : | |
| | : | |
| | : | |
| | : | No. 1106 MDA 2024 |

Appeal from the Order Entered May 31, 2024
In the Court of Common Pleas of Dauphin County Juvenile Division at
No(s): CP-22-DP-0000084-2020

| | | |
|---|---|---|
| IN THE INTEREST OF: E.R., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |

APPEAL OF: A.R.M., MOTHER

:
:
:
:
:
:
:
:
:      No. 1107 MDA 2024

Appeal from the Order Entered May 31, 2024
In the Court of Common Pleas of Dauphin County Juvenile Division at
No(s):  CP-22-DP-0000085-2020

BEFORE:    LAZARUS, P.J., KUNSELMAN, J., and McLAUGHLIN, J.

JUDGMENT ORDER BY McLAUGHLIN, J.:  **FILED: MARCH 3, 2025**

This is an appeal taken by A.R.M. ("Mother") from the orders changing her children's ("Children") permanency goal from reunification to adoption. Mother separately appealed from the decrees terminating her parental rights as to Children at No. 892 MDA 2024. On January 30, 2025, we affirmed the decrees terminating Mother's parental rights. ***See In the Matter of: E.E.R., a Minor***, No. 892 MDA 2024, 2025 WL 339616, at *1 (Pa.Super. filed Jan. 30, 2025) (unpublished mem.). As a result, Mother's challenge to the permanency goal change in the instant appeal is moot given our decision to affirm the involuntarily termination of Mother's parental rights. ***See Int. of A.M.***, 256 A.3d 1263, 1272-73 (Pa.Super. 2021) (finding issues regarding goal change moot in light of termination of parental rights). We therefore dismiss the instant appeal from the orders granting the petitions for goal change.

Appeal dismissed.

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary

Date: 03/03/2025